U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| K.P.'S AUTO SALES, INC. ET AL. | : | DOCKET NO. 2:07 CV 0031 |
| VS. | : | JUDGE MINALDI |
| GENERAL MOTORS CORP., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion to for Summary Judgment filed by defendants General Motors Corporation and William Navarre IS GRANTED.

Lake Charles, Louisiana, this 22 day of August, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE